No. 96–457. VEST ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 96–459. B&M FARMS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–482. JACKSON ET UX. *v.* INTERNAL REVENUE SERVICE. C. A. 11th Cir. Certiorari denied.

No. 96–5064. JONES *v.* PAGE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–5128. DEMINT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5244. DIGGS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5315. TAYLOR *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5330. LOVE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5362. WILSON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–5512. DAVENPORT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–5640. RAYFORD *v.* BOSSE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–5642. DIAZ *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 96–5643. HUSSEIN *v.* RABAN SUPPLY Co. C. A. 9th Cir. Certiorari denied.

No. 96–5644. LAWAL *v.* COBB COUNTY BOARD OF HEALTH ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–5654. ROACH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.